UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DEXTER DEANGELO HOLDER** | : | **DOCKET NO. 2:23-cv-0334** |
| **D.O.C. # 452102** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **KEITH COOLEY, ET AL** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections (docs. 16, 17, 18, 19, 20) to the Report and Recommendation (doc. 14) in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Holder's Motion for Temporary Restraining Order (doc. 1) be **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that to the extent plaintiff requests a transfer from the Allen Correction Center in Kinder, Louisiana, that request be **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Appeals of Magistrate Judge Decision (docs. 17, 18, 19) be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 12th day of July 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE