UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DEXTER DEANGELO HOLDER** | : | **DOCKET NO. 2:23-cv-0334** |
| D.O.C. # 452102 | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **KEITH COOLEY, ET AL** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Holder's complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions (docs. 27, 28) are **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 26th day of January, 2024.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**